# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-1528

_____

United States of America

*Plaintiff - Appellee*

v.

Carl Dean Walker

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Western District of Arkansas - Hot Springs

_____

Submitted: September 17, 2012
Filed: September 27, 2012
[Unpublished]

_____

Before MELLOY, BEAM, and BENTON, Circuit Judges.

_____

PER CURIAM.

Carl Dean Walker appeals the district court's[1] reimposition of two special conditions of supervised release following our remand, see United States v. Walker,

_____

[1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.

450 F. App'x 544 (8th Cir. 2011) (remanding for individualized findings with regard to three special conditions of supervised release). Having carefully reviewed the re-sentencing transcript, we find that the two challenged special conditions, regarding sex offender treatment and internet usage, are reasonably related to the sentencing factors set forth in 18 U.S.C. § 3553(a), involve no greater deprivation of liberty than necessary, and are consistent with pertinent policy statements issued by the Sentencing Commission. See 18 U.S.C. § 3583(d) (setting forth the standard for issuing special conditions of supervised release); United States v. Morais, 670 F.3d 889, 895 (8th Cir. 2012) (approving analogous provision regarding internet usage); United States v. Poitra, 648 F.3d 884, 888-89 (8th Cir. 2011) (approving similar condition regarding sex offender treatment). Further, following our remand, the district court made adequate individualized findings with regard to the necessity of each condition. Accordingly, we affirm.

_____